UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-61063-CIV-MORENO

MOISES WICHE GUITIERREZ, MANOLO OLAZABAL ESCOBAR, and JORGE DELGAGO,

    Plaintiffs,

vs.

M/V ISLAND ADVENTURE, her boats, engines, tackle, apparel, furnishings, equipment and appurtenances, *in rem*,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Payment of Seamen's Filing Fees and Voluntary Dismissal **(D.E. 9)**, filed **July 24, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are **DENIED** as moot with leave to renew if appropriate. This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record